IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-232-JLK**

**LORENZO VALENCIA MARTINEZ**,

       Petitioner,

v.

**PETER KEISLER, Acting Attorney General of the United States, et al,**

       Respondents.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Motion to Dismiss Without Prejudice Under Rule 41 (a) (1) (doc. #8), filed June 18, 2008, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

Dated this 16th day of June, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT